■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARTIN SANTIAGO, Appellant. [805 NYS2d 891]—Appeal from a judgment of the Erie County Court (Michael F. Pietruszka, J.), rendered July 7, 2003. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree and criminal possession of stolen property in the fourth degree (two counts).

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pigott, Jr., P.J., Green, Pine, Lawton and Hayes, JJ.